UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY BONNICI; KATHERINE BONNICI; on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.                                            Case No. 6:12-cv-1014-Orl-19TBS

U.S. BANK NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION; TERRY PALMITER; DOE I, ALSO KNOWN AS MORRIS HARDWICK SCHHNEIDER; DOE 2; DOE 3; AND DOE 4,

    Defendants.
_____/

## ORDER

Pending before the Court is Defendants U.S. Bank, National Association's and Bank of America, N.A.'s Unopposed Motion for Enlargement of Time to Respond to Complaint (Doc. 18). Pursuant to Local Rule 3.01(g), movants represent that the Plaintiffs' attorney has been contacted and has no objection to the requested extension of time.

Upon due consideration, the motion is GRANTED. Defendants, U.S. Bank, National Association and Bank of America, National Association shall have through August 14, 2012 within to respond to Plaintiffs' complaint.

    IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 25, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel