UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY BONNICI; KATHERINE BONNICI; on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.                                        Case No.  6:12-cv-1014-ORL-19TBS

U.S. BANK NATIONAL ASSOCIAITION;
BANK OF AMERICA, NATIONAL ASSOCIATION; TERRY PALMITER; DOE I, ALSO KNOWN AS MORRIS HARDWICK SCHHNEIDER; DOE 2; DOE 3; AND DOE 4,

    Defendants.
_____/

## ORDER

Pending before the Court is Defendant Morris Hardwick Schneider's Unopposed Motion for an Enlargement of Time to Respond to Complaint (Doc. 20). Pursuant to Local Rule 3.01(g), movant represents that the Plaintiffs' attorney has been contacted and has no objection to the requested extension of time. Upon due consideration, the motion is GRANTED.  Defendant Morris Hardwick Schneider shall have through August 17, 2012 to respond to Plaintiffs' complaint.

    IT IS SO ORDERED.

    DONE AND ORDERED in Orlando, Florida, on August 3, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel