**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**6:12-cv-1014-ORL-36TBS**

GARY BONNICI and KATHERINE BONNICI,

                Plaintiff,

vs.

MORRIS, HARWICK, SCHNEIDER,

                Defendants.
_____/

**MEDIATION DISPOSITION REPORT**

A mediation conference was conducted on August 5, 2013.  The conference resulted in the following:

[X] The case was completely settled.  Counsel shall submit a stipulation for dismissal or other final disposition.

[ ] The parties reached an impasse as to all issues.

[ ] The conference has been adjourned.

_____

[ ] Other

_____

_____

DATED this 5th day of August, 2013.

Respectfully submitted,

Donna C. Doyle, Mediator
Mediator # 5696R
200 E. Robinson Street, Suite 700
Orlando, Florida  32801
407-649-9495

Copies sent via email to: Counsel of Record